UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANCY C. WEISSERT,

        Plaintiff,                             Case No. 1:05-cv-335

v.                                             Hon. Richard Alan Enslen

NICOLE M. COOK, et al.,

        Defendant.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 5, 2006, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the clerk shall enter default against Nicole M. Cook and Thomas M. Phillips.

        **IT IS FURTHER ORDERED** that plaintiff shall submit pleadings necessary to obtain a judgment against said defendants pursuant to either Fed.R.Civ.P. 55(b)(1) or 55(b)(2) within fourteen days of the date of this order.

        **IT IS FURTHER ORDERED** that failure to comply with this Order may result in dismissal for lack of prosecution pursuant to W.D. Mich.LCivR 41.1.

Dated in Kalamazoo, MI:                    /s/Richard Alan Enslen
May 1, 2006                                 Richard Alan Enslen
                                                  Senior United States District Judge